UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

KERRY D. AUSTIN, on behalf of himself and all others similarly situated,
    **Plaintiff(s),**
v.

UNION BOND & TRUST CO., et al.
    **Defendant(s).**

Civil Case No. 3:14-cv-00706-ST

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney  GARRETT W. WOTKYNS  requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

**(1)    PERSONAL DATA:**

Name:  WOTKYNS        GARRETT        W.
    *(Last Name)*      *(First Name)*    *(MI)*   *(Suffix)*
Firm or Business Affiliation:  SCHNEIDER WALLACE COTTRELL & KONECKY LLP
Mailing Address:  8501 North Scottsdale Road, Suite 270
City: Scottsdale      State: AZ      Zip: 85253
Phone Number: (480) 428-0141      Fax Number: (866) 505-8036
Business E-mail Address: gwotkyns@schneiderwallace.com

**(2) BAR ADMISSIONS INFORMATION:**

    **(a)** State bar admission(s), date(s) of admission, and bar ID number(s):

        AZ, 07/14/2008, 025887

        TX, 05/2000, 24025726

        DC, 07/08/2002, 478403

    **(b)** Other federal court admission(s), date(s) of admission, and bar ID number(s):

**(3) CERTIFICATION OF DISCIPLINARY ACTIONS:**

    **(a)** ☒ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    **(b)** ☐ I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

**(4) CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5) REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

Plaintiff KERRY D. AUSTIN, on behalf of himself

and all others similarly situated

**(6) CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this 29TH day of April, 2014

_____
(Signature of Pro Hac Counsel)

Garrett W. Wotkyns
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this 29TH day of April, 2014

s/Timothy S. DeJong
(Signature of Local Counsel)

Name: DeJong (Last Name)   Timothy (First Name)   S. (MI)   (Suffix)
Oregon State Bar Number: 940662
Firm or Business Affiliation: Stoll Stoll Berne Lokting & Shlachter P.C.
Mailing Address: 209 S.W. Oak St., Suite 500
City: Portland   State: OR   Zip: 97204
Phone Number: (503) 227-1600   Business E-mail Address: (503) 227-6840

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge