**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

KERRY D. AUSTIN, on behalf of himself and all others similarly situated,
  **Plaintiff(s),**
v.

UNION BOND & TRUST CO., et al.
  **Defendant(s).**

Civil Case No. 3:14-cv-00706-ST

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney  NINA WASOW  requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:**  I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

**(1) PERSONAL DATA:**

Name:  WASOW   NINA
  *(Last Name) (First Name) (MI) (Suffix)*
Firm or Business Affiliation:  Lewis, Feinberg, Lee, Renaker & Jackson, P.C.
Mailing Address:  476 9th Street
City: Oakland   State: CA   Zip: 94607
Phone Number: (510) 839-6824   Fax Number: (510) 839-7839
Business E-mail Address:  nwasow@lewisfeinberg.com

**(2)   BAR ADMISSIONS INFORMATION:**

   **(a)**   State bar admission(s), date(s) of admission, and bar ID number(s):
   CA, 04/17/2006, 242047

   **(b)**   Other federal court admission(s), date(s) of admission, and bar ID number(s):
   Northern District of CA, 04/03/2007; Central District of CA, 10/15/2008;
   Eastern District of CA, 02/16/2010; 8th Circuit Court of Appeals, 04/14/2011.

**(3)   CERTIFICATION OF DISCIPLINARY ACTIONS:**

   **(a)**   ☒ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

   **(b)**   ☐ I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

**(4)   CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)   REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Plaintiff KERRY D. AUSTIN, on behalf of himself
and all others similarly situated

---

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this 29TH day of April, 2014

*(Signature of Pro Hac Counsel)*

Nina Wasow
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this 29TH day of April, 2014

s/Timothy S. DeJong
*(Signature of Local Counsel)*

Name: DeJong                Timothy                S.
      *(Last Name)*         *(First Name)*         *(MI)*      *(Suffix)*

Oregon State Bar Number: 940662
Firm or Business Affiliation: Stoll Stoll Berne Lokting & Shlachter P.C.
Mailing Address: 209 S.W. Oak St., Suite 500
City: Portland                State: OR        Zip: 97204
Phone Number: (503) 227-1600  Business E-mail Address: (503) 227-6840

---

### COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge