**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

KERRY D. AUSTIN, on behalf of himself and all others similarly situated,

    **Plaintiff(s),**

v.

UNION BOND & TRUST CO., et al.

    **Defendant(s).**

Civil Case No. 3:14-cv-00706-ST

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney  JOHN F. EDGAR  requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:**  I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

**(1)  PERSONAL DATA:**

Name:  EDGAR            JOHN            F.
    *(Last Name)*        *(First Name)*        *(MI)*        *(Suffix)*

Firm or Business Affiliation:  EDGAR LAW FIRM LLC

Mailing Address:  1032 Pennsylvania Avenue

City: Kansas City        State: MO        Zip: 64105

Phone Number: (816) 531-0033        Fax Number: (816) 531-3322

Business E-mail Address:  jfe@edgarlawfirm.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
State Bar of Missouri, October 4, 1996, No. 47128
State Bar of Kansas, April 25, 1997, No. 18080

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
U.S. District Court for the Western District of Mo, 1996, No. 47128
U.S. District Court for the District of KS, 1997, No. 18080
U.S. Court of Appeals, 9th Circuit 2006

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☒ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Plaintiff KERRY D. AUSTIN, on behalf of himself
and all others similarly situated

**(6)   CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this __30th__ day of __April__, __2014__

_____
(Signature of Pro Hac Counsel)

John F. Edgar
(Typed Name)

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this __30th__ day of __April__, __2014__

s/Timothy S. DeJong
(Signature of Local Counsel)

Name: __DeJong__    __Timothy__    __S.__    _____
         (Last Name)       (First Name)   (MI)   (Suffix)

Oregon State Bar Number: __940662__

Firm or Business Affiliation: __Stoll Stoll Berne Lokting & Shlachter P.C.__

Mailing Address: __209 S.W. Oak St., Suite 500__

City: __Portland__    State: __OR__    Zip: __97204__

Phone Number: __(503) 227-1600__    Business E-mail Address: __(503) 227-6840__

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge