**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

Kerry D. Austin, on behalf of himself and
all others similarly situated,

        **Plaintiff(s),**

v.

Union Bond & Trust Co., Morley Capital
Management and Principal Life Insurance Co.

        **Defendant(s).**

Civil Case No. 3:14-cv-00706

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney **Joel S. Feldman** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: **Feldman, Joel S.**
    (Last Name)    (First Name)    (MI)    (Suffix)

Firm or Business Affiliation: **Sidley Austin LLP**

Mailing Address: **One South Dearborn Street**

City: **Chicago**    State: **IL**    Zip: **60603**

Phone Number: **312-853-7000**    Fax Number: **312-853-7036**

Business E-mail Address: **jfeldman@sidley.com**

(2) **BAR ADMISSIONS INFORMATION:**

    (a) State bar admission(s), date(s) of admission, and bar ID number(s):
Bar of the Illinois Supreme Court (11/15/1979) Bar ID No. 3125052

    (b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
See Exhibit A attached

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a) ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Defendants: Union Bond & Trust Co.; Morley Capital Management; Principal Life Insurance Company

**(6) CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this  29th  day of  May , 2014

_____
*(Signature of Pro Hac Counsel)*

Joel S. Feldman
*(Typed Name)*

## CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this  29  day of  May , 2014

_____
*(Signature of Local Counsel)*

Name: Miller, Robert B.
  *(Last Name)*   *(First Name)*   *(MI)*   *(Suffix)*

Oregon State Bar Number: _____

Firm or Business Affiliation: Kilmer, Voorhees & Laurick, PC

Mailing Address: 732 N.W. 19th Avenue

City: Portland    State: OR    Zip: 97209

Phone Number: 503-224-0055    Business E-mail Address: bobmiller@kilmerlaw.com

---

### COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge

---

## EXHIBIT A

## AUSTIN, ET AL. V. PRINCIPAL LIFE INSURANCE CO.
## CASE NO.: 3:14-cv-00706

## PRO HAC VICE APPLICATION
## LIST OF COURTS WHERE ADMITTED

Mr. Feldman is and has been a member in good standing of the bars of the following courts since the following dates:

| Court | Date |
|---|---|
| United States Supreme Court | 10/4/2003 |
| United States Court of Appeals for the Sixth Circuit | 12/9/2010 |
| United States Court of Appeals for the Seventh Circuit | 12/5/1980 |
| United States Court of Appeals for the Eight Circuit<br>Bar ID No.: 02-0413 | 8/14/2002 |
| United States Court of Appeals for the Ninth Circuit | 7/6/2010 |
| United States Court of Appeals for the Eleventh Circuit | 7/19/2001 |
| United States District Court for the Northern District of Illinois<br>Bar ID No.: 3125052 | 10/8/1980 |
| United States District Court for the Southern District of Illinois | 1/5/2007 |
| United States District Court for the Western District of Michigan | 6/30/2005 |
| Illinois Supreme Court and other Illinois courts<br>Bar ID No.: 3125052 | 11/15/1979 |