## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

Kerry D. Austin, on behalf of himself and
all others similarly situated,

**Plaintiff(s),**

v.

Union Bond & Trust Co., Morley Capital
Management and Principal Life Insurance Co.

**Defendant(s).**

Civil Case No. 3:14-cv-00706

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney Mark B. Blocker _____ requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:**  I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1)    **PERSONAL DATA:**

Name: Blocker, Mark B.

| *(Last Name)* | *(First Name)* | *(MI)* | *(Suffix)* |

Firm or Business Affiliation: Sidley Austin LLP

Mailing Address:    One South Dearborn Street

City: Chicago                State: IL            Zip: 60603

Phone Number: 312-853-7000          Fax Number: 312-853-7036

Business E-mail Address: mblocker@sidley.com

**(2)  BAR ADMISSIONS INFORMATION:**

    **(a)**    State bar admission(s), date(s) of admission, and bar ID number(s):

        Bar of the Illinois Supreme Court (11/10/1988), Bar ID No. 6198950

    **(b)**    Other federal court admission(s), date(s) of admission, and bar ID number(s):

        See Exhibit A attached

**(3)  CERTIFICATION OF DISCIPLINARY ACTIONS:**

    **(a)**    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    **(b)**    ☐ I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

**(4)  CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)  REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

Defendants: Union Bond & Trust Co.; Morley Capital Management;

Principal Life Insurance Company

(6)    **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this ___28th___ day of ___May___, ___2014___

_____
*(Signature of Pro Hac Counsel)*

Mark B. Blocker
_____
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this ___29th___ day of ___May___, ___2014___

_____
*(Signature of Local Counsel)*

Name: ___Miller, Robert B._____
   *(Last Name)*                    *(First Name)*                *(MI)*        *(Suffix)*

Oregon State Bar Number: _____

Firm or Business Affiliation: ___Kilmer, Voorhees & Laurick, PC_____

Mailing Address: ___732 N.W. 19th Avenue_____

City: ___Portland_____ State: ___OR_____ Zip: ___97209___

Phone Number: ___503-224-0055___ Business E-mail Address: ___bobmiller@kilmerlaw.com___

---

**COURT ACTION**

---

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge

**EXHIBIT A**

**AUSTIN, ET AL. V. PRINCIPAL LIFE INSURANCE CO.**
**CASE NO.: 3:14-cv-00706**

**PRO HAC VICE APPLICATION**
**LIST OF COURTS WHERE ADMITTED**

Mr. Blocker is and has been a member in good standing of the bars of the following

courts since the following dates:

| | |
|---|---|
| United States Court of Appeals for the Third Circuit | 12/16/2013 |
| United States Court of Appeals for the Sixth Circuit | 8/22/2013 |
| United States Court of Appeals for the Seventh Circuit | 12/18/1998 |
| United States Court of Appeals for the Eight Circuit<br>Bar ID No.: 08-0440 | 10/6/2008 |
| United States Court of Appeals for the Ninth Circuit | 8/17/1995 |
| United States Court of Appeals for the Tenth Circuit | 9/9/1997 |
| United States District Court for the Northern District of Illinois<br>Bar ID No.: 6198950 | 1/11/1989 |
| United States District Court for the Central District of Illinois | 6/1/2000 |
| United States District Court for the Southern District of Illinois | 4/7/2002 |
| United States District Court for the Eastern District of Wisconsin | 1/11/1999 |
| Illinois Supreme Court and other Illinois courts<br>Bar ID No.: 6198950 | 11/10/1988 |