**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

Kerry D. Austin, on behalf of himself and
all others similarly situated,

       **Plaintiff(s),**

v.

Union Bond & Trust Co., Morley Capital
Management and Principal Life Insurance Co.

       **Defendant(s).**

Civil Case No. 3:14-cv-00706

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney **Daniel R. Thies** requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: **Thies, Daniel R.**
    *(Last Name)*     *(First Name)*     *(MI)*     *(Suffix)*

Firm or Business Affiliation: **Sidley Austin LLP**
Mailing Address: **One South Dearborn Street**
City: **Chicago**     State: **IL**     Zip: **60603**
Phone Number: **312-853-7000**     Fax Number: **312-853-7036**
Business E-mail Address: **dthies@sidley.com**

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
Bar of the Illinois Supreme Court (11/4/2010), Bar ID #6304141

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
United States Court of Appeals for the Fifth Circuit (8/10/2011)
United States District Court for the Northern District of Illinois (7/17/2013), Bar ID #6304141

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Defendants: Union Bond & Trust Co.; Morley Capital Management; Principal Life Insurance Company

**(6)    CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 23rd day of May, 2014

_____
(Signature of Pro Hac Counsel)

Daniel R. Thies
(Typed Name)

## CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 29th day of May, 2014

_____
(Signature of Local Counsel)

Name: Miller, Robert B.
     (Last Name)           (First Name)           (MI)      (Suffix)

Oregon State Bar Number: _____

Firm or Business Affiliation: Kilmer, Voorhees & Laurick, PC

Mailing Address: 732 N.W. 19th Avenue

City: Portland    State: OR    Zip: 97209

Phone Number: 503-224-0055    Business E-mail Address: bobmiller@kilmerlaw.com

## COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge