# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

KERRY D. AUSTIN, on behalf of himself and all others similarly situated

**Plaintiff(s),**

**v.**

UNION BOND & TRUST CO., et al.

**Defendant(s).**

Civil Case No. 3:14-cv-00706-ST

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney KYLE G. BATES requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:**  I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1)   **PERSONAL DATA:**

Name: Bates                    Kyle                         G.
       *(Last Name)*            *(First Name)*              *(MI)*         *(Suffix)*

Firm or Business Affiliation: Schneider Wallace Cottrell Konecky Wotkyns LLP

Mailing Address:          180 Montgomery Street, Suite 2000

City: San Francisco          State: California          Zip: 94104

Phone Number: (415) 421-7100          Fax Number: (415) 421-7105

Business E-mail Address: kbates@schneiderwallace.com

**(2)**     **BAR ADMISSIONS INFORMATION:**

**(a)**     State bar admission(s), date(s) of admission, and bar ID number(s):

California, 12/3/14, Bar no. 299114

**(b)**     Other federal court admission(s), date(s) of admission, and bar ID number(s):

USDC Northern District of California, 12/3/14

USDC Southern District of Iowa, 12/24/14

**(3)**     **CERTIFICATION OF DISCIPLINARY ACTIONS:**

**(a)**     ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

**(b)**     ☐ I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

**(4)**     **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)**     **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

KERRY D. AUSTIN, on behalf of himself and all others similarly situated

(6)    **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this ___9th___ day of ___April___, ___2015___

___/s/ Kyle G. Bates___
*(Signature of Pro Hac Counsel)*

___Kyle G. Bates___
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this ___9th___ day of ___April___, ___2015___

___s/Timothy S. DeJong___
*(Signature of Local Counsel)*

Name: ___DeJong___          ___Timothy___          ___S.___
       *(Last Name)*         *(First Name)*         *(MI)*          *(Suffix)*

Oregon State Bar Number: ___940662___

Firm or Business Affiliation: ___Stoll Stoll Berne Lokting & Shlachter P.C.___

Mailing Address: ___209 S.W. Oak Street, Suite 500___

City: ___Portland___          State: ___Oregon___          Zip: ___97204___

Phone Number: ___(503) 227-1600___          Business E-mail Address: ___tdejong@stollberne.com___

---

**COURT ACTION**

---

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge

---