UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Kerry D. Austin

_____
        **Plaintiff(s),**

v.

Union Bond & Trust Co., et al.

_____
        **Defendant(s).**

Civil Case No. <u>3:14-cv-00706-ST</u>

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney <u>Jeffrey Lewis</u> requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: <u>Lewis</u>    <u>Jeffrey</u>
     (Last Name)    (First Name)    (MI)    (Suffix)

Firm or Business Affiliation: <u>Keller Rohrback L.P.P.</u>

Mailing Address: <u>300 Lakeside Drive, Suite 1000</u>

City: <u>Oakland</u>    State: <u>CA</u>    Zip: <u>94612</u>

Phone Number: <u>510-463-3900</u>    Fax Number: <u>510-463-3901</u>

Business E-mail Address: <u>jlewis@kellerrohrback.com</u>

(2) **BAR ADMISSIONS INFORMATION:**

(a) State bar admission(s), date(s) of admission, and bar ID number(s):
California, 12/24/75, CA Bar #66587

(b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
U.S. Supreme Court, 10/2/95; 9th Circuit, 4/9/81;
Northern Calif., 2/11/76; Central Calif., 5/10/93;
Eastern Calif., 12/2/1985; Southern Calif., 1/31/91

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

(a) ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

(b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Plaintiff Kerry D. Austin

**(6)** **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this  1st  day of  February , 2016

_____
(Signature of Pro Hac Counsel)

Jeffrey Lewis
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this  4th  day of  February , 2016

s/Timothy S. DeJong
*(Signature of Local Counsel)*

Name: DeJong, Timothy, S.
(Last Name) (First Name) (MI) (Suffix)

Oregon State Bar Number: 940662
Firm or Business Affiliation: Stoll Stoll Berne Lokting & Shlachter P.C.
Mailing Address: 209 S.W. Oak Street, Suite 500
City: Portland    State: OR    Zip: 97204
Phone Number: 503-227-1600    Business E-mail Address: tdejong@stollberne.com

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge