UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Kerry D. Austin

_____
               **Plaintiff(s),**

v.

Union Bond & Trust Co., et al.

_____
               **Defendant(s).**

Civil Case No. 3:14-cv-00706-ST

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

      Attorney __Erin M. Riley_____ requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

    **(1)**    **PERSONAL DATA:**

        Name: __Riley_____ __Erin_____ __M.__ _____
                *(Last Name)*     *(First Name)*   *(MI)*  *(Suffix)*

        Firm or Business Affiliation: __Keller Rohrback L.P.P._____

        Mailing Address: __1201 Third Avenue, Suite 3200_____

        City: __Seattle_____ State: __WA_____ Zip: __98087__

        Phone Number: __206-623-1900_____ Fax Number: __206-623-3384__

        Business E-mail Address: __eriley@kellerrohrback.com_____

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):

           Wisconsin, 09/09/00, 1032685

           Washington, 10/03/00, 30401

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):

           9th Circuit, 03/29/11; 2nd Circuit, 03/29/11;

           4th Circuit, 08/30/10; 7th Circuit, 02/24/15

           W.D. Washington, 04/23/01; D. Colorado, 06/13/14

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

Plaintiff Kerry D. Austin

**(6)** **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this 1st day of February, 2016

_____
*(Signature of Pro Hac Counsel)*

Erin M. Riley
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this 4th day of February, 2016

s/Timothy S. DeJong
*(Signature of Local Counsel)*

Name: DeJong (Last Name)    Timothy (First Name)    S. (MI)    (Suffix)

Oregon State Bar Number: 940662

Firm or Business Affiliation: Stoll Stoll Berne Lokting & Shlachter P.C.

Mailing Address: 209 S.W. Oak Street, Suite 500

City: Portland    State: OR    Zip: 97204

Phone Number: 503-227-1600    Business E-mail Address: tdejong@stollberne.com

---

### COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge