**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

KERRY D. AUSTIN, on behalf of and all other similarly situated,
    Plaintiff(s),
v.

UNION BOND & TRUST CO., and MOREY CAPITAL MANAGEMENT,
    Defendant(s).

Civil Case No. 3:14-cv-00706

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney __TODD JACKSON__ requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1)    **PERSONAL DATA:**

Name: JACKSON     TODD     F
    *(Last Name)*     *(First Name)*     *(MI)*     *(Suffix)*

Firm or Business Affiliation: FEINBERG, JACKSON, WORTHMAN & WASOW LLP

Mailing Address: 383 4TH STREET, SUITE 201

City: OAKLAND     State: CA     Zip: 94607

Phone Number: (510) 269-7998     Fax Number: (510) 269-7994

Business E-mail Address: todd@feinbergjackson.com

(2) **BAR ADMISSIONS INFORMATION:**

(a) State bar admission(s), date(s) of admission, and bar ID number(s):
California, 9/22/1999, 202598

(b) Other federal court admission(s), date(s) of admission, and bar ID number(s):
Northern District of California, 4/3/2000; Central District of California, 8/21/2001; Eastern District of California, 2/20/2001; Southern District of California, 1/17/2008; 9th Circuit Court of Appeals, 2/13/2007

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

(a) ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

(b) ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Per LR 83-3(a)(3), I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

Plaintiff KERRY D. AUSTIN, on behalf of himself and all others similarly situated

**(6) CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this 2 day of May, 2016

*(Signature of Pro Hac Counsel)*

TODD JACKSON
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this 2 day of May, 2016

s/Timothy S. DeJong
*(Signature of Local Counsel)*

Name: DeJong, Timothy S.
*(Last Name)    (First Name)    (MI)    (Suffix)*

Oregon State Bar Number: 940662

Firm or Business Affiliation: Stoll Stoll Berne Lokting & Shlachter P.C.

Mailing Address: 209 S.W. Oak Street, Suite 500

City: Portland   State: OR   Zip: 97204

Phone Number: (503) 227-1600   Business E-mail Address: tsdejong@stollberne.com

---

**COURT ACTION**

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge