UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

Kerry D. Austin

       **Plaintiff(s),**

v.

Union Bond & Trust Co., et al.

       **Defendant(s).**

Civil Case No. 3:14-cv-00706-YY

APPLICATION FOR SPECIAL
ADMISSION – *PRO HAC VICE*

Attorney Matthew M. Gerend requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1) **PERSONAL DATA:**

Name: Gerend / Matthew / M.
    *(Last Name)  (First Name)  (MI)  (Suffix)*

Firm or Business Affiliation: Keller Rohrback L.P.P.

Mailing Address: 1201 Third Avenue, Suite 3200

City: Seattle  State: WA  Zip: 98101

Phone Number: 206-623-1900  Fax Number: 206-623-3384

Business E-mail Address: mgerend@kellerrohrback.com

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
Washington, 11/22/2010, No. 43276

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
9th Cir., 12/05/14 - 3rd Cir., 11/15/12, 6th Cir., 05/20/14
W.D. Wash., 05/04/11, E.D. Mich., 03/29/13, D. Colo., 01/12/15
U.S. Supreme Court, 08/08/16

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

I have professional liability insurance, or financial responsibility equivalent to liability insurance, that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Plaintiff Kerry D. Austin

(6) **CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

DATED this 18 day of October, 2016

*(Signature of Pro Hac Counsel)*

Matthew M. Gerend
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

DATED this 18th day of October, 2016

s/Timothy S. DeJong
*(Signature of Local Counsel)*

Name: DeJong (Last Name)   Timothy (First Name)   S. (MI)   (Suffix)

Oregon State Bar Number: 940662

Firm or Business Affiliation: Stoll Stoll Berne Lokting & Shlachter P.C.

Mailing Address: 209 S.W. Oak Street, Suite 500

City: Portland   State: OR   Zip: 97204

Phone Number: 503-227-1600   Business E-mail Address: tdejong@stollberne.com

---

## COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

DATED this _____ day of _____, _____

_____
Judge