UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

KERRY D. AUSTIN, on behalf of himself and all others similarly situated

        **Plaintiff(s),**

**v.**

UNION BOND & TRUST CO., et al.

        **Defendant(s).**

Civil Case No. 3:14-cv-00706-YY

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney _James A. Bloom_ requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

**(1)     PERSONAL DATA:**

Name: Bloom (Last Name), James (First Name), A. (MI), (Suffix)

Firm or Business Affiliation: Schneider Wallace Cottrell Konecky Wotkyns LLP

Mailing Address: 2000 Powell Street, Suite 1400

City: Emeryville    State: California    Zip: 94608

Phone Number: (415) 421-7100    Fax Number: (415) 421-7105

Business E-mail Address: jbloom@schneiderwallace.com

**(2)  BAR ADMISSIONS INFORMATION:**

    **(a)**  State bar admission(s), date(s) of admission, and bar ID number(s):
Arizona - December 9, 2008 - SBN 026643

    **(b)**  Other federal court admission(s), date(s) of admission, and bar ID number(s):
District of Arizona - February 12, 2009

**(3)  CERTIFICATION OF DISCIPLINARY ACTIONS:**

    **(a)**  ☑ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    **(b)**  ☐ I am now or have been subject to disciplinary action from a state or federal bar association.  (See attached letter of explanation.)

**(4)  CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Per LR 83-3(a)(3), I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

**(5)  REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:

Plaintiff Kerry D. Austin, on behalf of himself and all others similarly situated

**(6)	CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this 19th day of October, 2016

/s/James A. Bloom
*(Signature of Pro Hac Counsel)*

James A. Bloom
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this 20th day of October, 2016

s/Timothy DeJong
*(Signature of Local Counsel)*

Name: DeJong, Timothy, S.
*(Last Name)  (First Name)  (MI)  (Suffix)*

Oregon State Bar Number: 940662
Firm or Business Affiliation: Stoll Stoll Berne Lokting & Shlachter P.C.
Mailing Address: 209 S. W. Oak Street, Suite 500
City: Portland  State: Oregon  Zip: 97204
Phone Number: (503) 227-1600  Business E-mail Address: tdejong@stollberne.com

## COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge