UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

KERRY D. AUSTIN, on behalf of himself and all others similarly situated,
    **Plaintiff(s),**
v.

UNION BOND & TRUST CO., et al.

    **Defendant(s).**

Civil Case No. 3:14-cv-00706-YY

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

Attorney __Matthew M. Gerend__ requests special admission *pro hac vice* in the above-captioned case.

**Certification of Attorney Seeking *Pro Hac Vice* Admission:** I have read and understand the requirements of LR 83-3, and certify that the following information is correct:

(1)   **PERSONAL DATA:**

Name: __Gerend__    __Matthew__    __M.__
    *(Last Name)*      *(First Name)*      *(MI)*    *(Suffix)*

Firm or Business Affiliation: __Keller Rohrback L.P.P.__

Mailing Address: __1201 Third Avenue, Suite 3200__

City: __Seattle__    State: __WA__    Zip: __98101__

Phone Number: __(206) 623-1900__    Fax Number: __(206) 623-3384__

Business E-mail Address: __mgerend@kellerrohrback.com__

(2) **BAR ADMISSIONS INFORMATION:**

    (a)    State bar admission(s), date(s) of admission, and bar ID number(s):
Washington, 11/22/10, No. 43276

    (b)    Other federal court admission(s), date(s) of admission, and bar ID number(s):
9th Cir., 12/05/14; 3rd Cir., 11/15/12; 6th Cir., 05/20/14
W.D. Wash., 05/04/11; E.D. Mich., 03/29/13; D. Colo., 01/12/15
U.S. Supreme Court, 08/08/16

(3) **CERTIFICATION OF DISCIPLINARY ACTIONS:**

    (a)    ☒ I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association; or

    (b)    ☐ I am now or have been subject to disciplinary action from a state or federal bar association. (See attached letter of explanation.)

(4) **CERTIFICATION OF PROFESSIONAL LIABILITY INSURANCE:**

Per LR 83-3(a)(3), I have professional liability insurance, or financial responsibility equivalent to liability insurance, that meets the insurance requirements of the Oregon State Bar for attorneys practicing in this District, and that will apply and remain in force for the duration of the case, including any appeal proceedings.

(5) **REPRESENTATION STATEMENT:**

I am representing the following party(s) in this case:
Plaintiff Kerry D. Austin, on behalf of himself and all others similarly situtated

**(6)  CM/ECF REGISTRATION:**

Concurrent with approval of this *pro hac vice* application, I acknowledge that I will become a registered user of the Court's Case Management/Electronic Case File system. (*See* the Court's website at ord.uscourts.gov), and I consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(E) and the Local Rules of the District of Oregon.

**DATED** this __20th__ day of __October__, __2016__

_____
(Signature of Pro Hac Counsel)

Matthew M. Gerend
*(Typed Name)*

**CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:**

I certify that I am a member in good standing of the bar of this Court, that I have read and understand the requirements of LR 83-3, and that I will serve as designated local counsel in this particular case.

**DATED** this __20th__ day of __October__, __2016__

s/Timothy S. DeJong
*(Signature of Local Counsel)*

Name: __DeJong__   __Timothy__   __S.__
       (Last Name)   (First Name)   (MI)   (Suffix)

Oregon State Bar Number: __940662__

Firm or Business Affiliation: __Stoll Stoll Berne Lokting & Shlachter P.C.__

Mailing Address: __209 S.W. Oak Street, Suite 500__

City: __Portland__   State: __OR__   Zip: __97204__

Phone Number: __(503) 227-1600__   Business E-mail Address: __tdejong@stollberne.com__

---

### COURT ACTION

☐ Application approved subject to payment of fees.
☐ Application denied.

**DATED** this _____ day of _____, _____

_____
Judge