# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **KERRY D. AUSTIN,** | 3:14-CV-00706-YY |
| | **JUDGMENT OF DISMISSAL** |
| Plaintiff, | |
| v. | |
| **UNION BOND & TRUST CO. AND MORLEY CAPITAL MANAGEMENT,** | |
| Defendants. | |

The Court GRANTS Plaintiff's Motion to Dismiss pursuant to Federal Rules of Civil Procedure 41(a)(2) (#221) and this matter is hereby **DISMISSED** with prejudice.

Dated this 31st day of October, 2017.

_____
ANNA J. BROWN
United States Senior District Judge